UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUPERSHUTTLE INTERNATIONAL, INC.,

      Plaintiff(s),              No. C 14-05618 JSW

  v.                          **ORDER VACATING HEARING ON MOTIONS TO DISMISS; STAY**

RAVIL AYSOV,

      Defendant(s).
_____/

SUPERSHUTTLE INTERNATIONAL, INC.,

      Plaintiff(s),              No. C 14-05624 JSW

  v.                          **ORDER VACATING HEARING ON MOTIONS TO DISMISS; STAY**

REVAZ GOTSIRIDZE,

      Defendant(s).
_____/

SUPERSHUTTLE INTERNATIONAL, INC.,

      Plaintiff(s),              No. C 14-05630 JSW

  v.                          **ORDER VACATING HEARING ON MOTIONS TO DISMISS; STAY**

VYACHESLAV VINER,

      Defendant(s).
_____/

SUPERSHUTTLE INTERNATIONAL, INC.,

      Plaintiff(s),              No. C 14-05632 JSW

  v.                          **ORDER VACATING HEARING ON MOTIONS TO DISMISS; STAY**

SERGIU VULPE,
      Defendant(s).
_____/

SUPERSHUTTLE INTERNATIONAL, INC.,

        Plaintiff(s),

  v.

GAREGIN OLAGOV,

        Defendant(s).

No. C 14-05633 JSW

**ORDER VACATING HEARING ON MOTIONS TO DISMISS; COMPEL**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the multiple motions in these related cases which have been noticed for hearing on Friday, April 10, 2015 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

In addition, the case management conferences set for April 10, 2015 at 11:00 a.m. are hereby VACATED and shall be reset by further order of the Court, if necessary.

**IT IS SO ORDERED.**

Dated: April 6, 2015

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE